# JUDGE SAND

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ROSETTA CAMPBELLE

Plaintiff

-against-

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK

Defendants

<u>COMPLAINT</u>
DOCKET #

MAY 3 0 2007

---

Plaintiff Rosetta Campbelle, by her attorney Joseph Fleming, Esq., P.C., as and for her complaint against the Defendants, alleges as follows:

1. At all times hereinafter alleged Plaintiff was a resident of the State of New York, residing at 1866 Schenectady Avenue, in the County of Kings.   Plaintiff is now a resident of the State of Virginia, residing at 209 Timberlake Drive, Danville, Virginia, in the County of Pittsylvania.

2. Defendant is an agency or department of the City of New York providing ground transportation services to members of the general public.

3. The jurisdiction of this Court is invoked pursuant to 28 USC 1322, Diversity of Citizenship, in that Plaintiff is a resident of the State of Virginia, and the Defendant is an agency or Department of the City of New York in the State of New York. The amount in controversey exceeds $50,000.00.

4. All jurisdictional prerequisites to the institution of this action have been met in that

pursuant to New York City Code, the Plaintiff has filed a Notice of Claim with the City of New York and the New York City Transit Authority, a copy of which is attached hereto and made a part hereof as Exhibit A.  Plaintiff's claims have not been adjusted or paid by the Defendant and this action is commenced within one (1) year and ninety (90) days of September 22, 2006, the date the Plaintiff's cause of action arose.

## AS AND FOR PLAINTIFF'S CAUSE OF ACTION

5.  On the 23rd Day of June 2006, at approximately 2:00 a.m., the Plaintiff was lawfully upon a bus owned, maintained and operated by the Defendant.

6.  Said bus was operated on what is known as the BB Line and designated as Route B46.

7.  At said date and time, said bus was traveling northbound along Fulton Street in the County of Kings, when it stopped at the bus stop at Fulton Street and Utica Avenue.  At said time and place, Plaintiff, who was on the bus with her husband Wayne Campbelle, sought to get off the bus through the rear exit door.  When stepping down and while exercising all due caution and care, the Plaintiff lost her footing on a slippery substance on the steps and fell suffering the injuries hereinafter described.

8.  As a result of the Defendant's negligence and through no negligence on the part of the Plaintiff whatsoever, the Plaintiff suffered the following injuries:

      1.      Fractured Tail Bone;

      2.      Bruises, Contusions and Lacerations; and,

      3.      Fractured Toe.

9.  The Defendant's negligence as aforesaid consisted of the Defendant's failure to properly

inspect, maintain and clean the bus upon which the Plaintiff was riding, such negligence creating and allowing to exist, a hazardous condition, causing Plaintiff to suffer the injuries herein above described.

10. As a consequence of the Defendant's negligence as aforesaid, the Plaintiff has been rendered sick, lame and disabled and unable to function as she did prior to her injuries. Which injuries, upon information and belief, are permanent.

11. By reason of the foregoing, the Plaintiff has been injured and is entitled to monetary damages in the amount of Six Million Dollars ($16,000,000.00).

**WHEREFORE**, Plaintiff demands judgment against Defendant in the amount of Six Million Dollars ($16,000,000.00), plus costs, disbursements, attorney's fees, and such other and further relief as is just and equitable.

Dated: New York, New York
May 15, 2007

Yours, etc.,

Joseph Fleming, Esq., P.C.

By: _____
Joseph Fleming, Esq.
Attorney for Plaintiff
116 John Street, Suite 2830
New York, NY 10038
212-385-8036
JF:9542

**Exhibit A**

## NOTICE OF CLAIM
### AGAINST THE NEW YORK CITY TRANSIT AUTHORITY AND THE CITY OF NEW YORK ARISING OUT OF NEGLIGENCE RESULTING IN SEVERE PERSONAL INJURIES

IN THE MATTER OF THE CLAIM OF
ROSETTA CAMPBELLE

Claimant,

-against-

THE NEW YORK CITY TRANSIT AUTHORITY,
AND THE CITY OF NEW YORK

Respondents.

TO:  **NEW YORK CITY TRANSIT AUTHORITY**
Law Department - Torts Division
130 Livingston Street, Room 10034
Brooklyn, NY 11201

**MICHAEL A. CARDOZO, ESQ.**
City of New York, Corporation Counsel
Law Department
100 Church Street
New York, NY 10007

**WILLIAM C. THOMPSON. JR.**
Comptroller for the City of New York
Municipal Building, Room 530
One Centre Street
New York, NY 10007

   **PLEASE TAKE NOTICE**, that **Rosetta Campbelle**, hereby makes a claim and demand against The New York City Transit Authority and the City of New York, as follows:

   1. **The name and post-office address of Claimant and Claimant's attorney is:**

   Claimant:              Rosetta Campbelle, is 1866 Schenectady Avenue, Brooklyn, NY

11234.

Claimant's Attorney:  Joseph Fleming, Esq., P.C., 45 John Street, Suite 205, New York, New York 10038, (212) 385-8036

2. **The nature of the claim:**    Rosetta Campbelle's claim is for negligence of the Respondent in failing to properly inspect and maintain a bus owned and operated by the Respondents and upon which Claimant was lawfully riding as a passenger, such negligence resulting in severe personal injuries to Claimant.

3. **The time when, the place where and the manner in which the claim arose:** On June 23, 2006, at 2:00 a.m., Claimant sustained injuries while exiting a northbound bus owned and operated by the Respondent at a bus stop located at Fulton and Utica, in the City and State of New York, County of Kings.

4. **The items of damage or injuries claimed:** At the time of the occurrence hereinafter documented, the said Claimant was on her way to the airport when she attempted to exit the bus and slipped and fell on a wet substance exiting therein. The Claimant's injuries consisted of contusions and bruises to her back, fractured tail bone and toe.

5. **Claimant's damages are as follows:**

| | |
|---|---|
| Medical Expenses: | Not yet known |
| Pain and suffering: | $3,000,000.00 |

**WHEREFORE,** Claimant requests, that the said The New York City Transit Authority and The City of New honor and pay the claim of Rosetta Campbelle.

Dated: New York, New York
September 21, 2006

**ROSETTA CAMPBELLE**
1866 Schenectady Avenue
Brooklyn, NY 11234

**JOSEPH FLEMING, ESQ., P.C.**
Attorney for Claimant
45 John Street, Suite 205
New York, NY 10038
(212) 385-8036

-2-

# VERIFICATION

**STATE OF NEW YORK    )**
                         **).SS.:**
**COUNTY OF NEW YORK)**


    **ROSETTA CAMPBELLE**, being duly sworn and says that deponent is the Claimant in the within action; that she has read the foregoing Notice of Claim, and know the contents thereof; that the same is true to deponents' own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponents believes them to be true.


Sworn To Before Me This
22nd Day of September 2006



**NOTARY**

DRUCILLA MACK
Commissioner of Deeds, New York City
No 3-5203
Term Expires July 1, 19
Aug.

-3-

## NOTICE OF CLAIM
### AGAINST THE NEW YORK CITY TRANSIT AUTHORITY AND THE CITY OF NEW YORK ARISING OUT OF NEGLIGENCE RESULTING IN SEVERE PERSONAL INJURIES

---

IN THE MATTER OF THE CLAIM OF
ROSETTA CAMPBELLE

Claimant,

-against-

THE NEW YORK CITY TRANSIT AUTHORITY,
AND THE CITY OF NEW YORK

Respondents.

---

RECEIVED
CITY OF NEW YORK
06 SEP 22  PM 3: 16
COMPTROLLER OFFICE
CENTRAL BILLING FACILITY
BUREAU OF ... SYSTEMS

**JOSEPH FLEMING, ESQ., P.C.**
Attorney for Claimant
45 John Street, Suite 205
New York, NY 10038
(212) 385-8036

DOCKET NO.  07 CV 4442

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSETTA CAMPBELLE

                    Plaintiff

       -against-                                    SUMMONS AND COMPLAINT

THE NEW YORK CITY TRANSIT AUTHORITY and
THE CITY OF NEW YORK

                    Defendants

_____

### JOSEPH FLEMING, ESQ., P.C.
**Attorney(s) for** Plaintiff

116 John Street  Suite 2830
New York, New York 10038
**(212) 385-8036**

**To:**                                    **Service of a copy of the within
                                           is hereby admitted**

                                           **Dated:** _____, _____

**Attorney (s) for**                        _____

**PLEASE TAKE NOTICE**
   ○ **NOTICE OF ENTRY**
that the within is a (verified) true copy of a
duly entered in the office of the clerk of the within named court on _____

   ○ **NOTICE OF SETTLEMENT**
after an order                              of which the within is a true copy
will be presented for a settlement to the HON.

To                                         Service of a copy of the within is hereby admitted.

                                           Dated:......................................    .........

Attorney(s) for                            ...............................................................