BSF/ll/980213

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,                          Index No. 07 CV 4442

                    Plaintiff(s),           **VERIFIED ANSWER**

     -against-                              BU-06-06-23-32-001

THE NEW YORK CITY TRANSIT AUTHORITY,
and THE CITY OF NEW YORK

                    Defendant(s).
- - - - - - - - - - - - - - - - - - -X

          Defendant(s), NEW YORK CITY TRANSIT AUTHORITY, sued

herein as "THE NEW YORK CITY TRANSIT AUTHORITY" for their

verified answer to the verified complaint of the plaintiff(s)

herein:

          1.   Denies that it has any knowledge or information

thereof sufficient to form a belief as to each and every

allegation contained in paragraph(s) of the verified complaint

numbered 1, 3, 5, 6 and 7.

          2.   Denies, upon information and belief, each and

every allegation contained in paragraph(s) of the verified

complaint numbered 2, 8, 9, 10 and 11.

          3.   Denies, upon information and belief, each and

every allegation contained in paragraph(s) of the verified

complaint numbered 4 except admit(s) that a certain paper

purporting to be a notice of claim was received by the office of

the defendant(s), NEW YORK CITY TRANSIT AUTHORITY; that less
than one year and ninety days has elapsed from the alleged
happening of the occurrence herein until the commencement of
this action.

**FOR A SEPARATE AND DISTINCT AFFIRMATIVE
DEFENSE TO THE ALLEGED CAUSE(S) OF
ACTION OF PLAINTIFF(S) AND IN
DIMINUTION OF DAMAGES, DEFENDANT(S),
NEW YORK CITY TRANSIT AUTHORITY,
ALLEGE(S), UPON INFORMATION AND BELIEF:**

4. That whatever injuries or damages the
plaintiff(s) may have sustained at the time and place mentioned
in the verified complaint, were caused, in whole or in part, by
the culpable conduct of the said plaintiff(s), said culpable
conduct having contributed thereto.

5. The amount of damages recovered, if any, shall
therefore be diminished in the proportion which the said
culpable conduct attributable to plaintiff(s), bears to the
culpable conduct which caused the said damages.

WHEREFORE, defendant(s), NEW YORK CITY TRANSIT
AUTHORITY, demand(s) judgment dismissing the verified complaint
of the plaintiff(s) with costs.

WALLACE D. GOSSETT
Attorney(s) for defendant(s)
NEW YORK CITY TRANSIT AUTHORITY,
Office and Post Office Address
130 Livingston Street
Brooklyn, New York  11201
(718)694-3850


BY: _____
     BENNETT S. FISCHTHAL, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------
ROSETTA CAMPBELLE,

                               Plaintiffs,

                                                            **Demand for Interrogatories**
                                                            **Propounded for Defendants**

                  -against-                              Docket No. 07 CV 4442
                                                              Judge Sand
THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                               Defendants.
--------------------------------------------------------------------------X

SIR:

        PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the defendant, NEW YORK CITY TRANSIT AUTHORITY hereby require that the plaintiffs, respond to the following interrogatories propounded by said defendant, all of the following interrogatories refer to the cause(s) of action alleged by the said plaintiff in the complaint.  As to each of the following state:

        1.        Residence of plaintiffs, giving street and number.

        2.        Plaintiffs' dates of birth.

        3.        Date and approximate time of occurrence.

        4.        If a bus or other transit vehicle is involved, give its direction, the number thereof and the number of the defendant's employee in charge of said bus or other transit vehicle and the name of said employee.

        5.        The precise act, acts or omissions constituting the negligence claimed; if violations of statutes, ordinances, rules or regulations are claimed, specify same.

        6.        The nature, extent and location of each and every injury alleged to have been sustained, and which of the same, if any, are claimed to be permanent, and in an action designated in subdivision one of section sic hundred seventy-three of the Insurance Law, for personal injuries arising out of negligence in the use or operation of a motor vehicle in this state, in what respect plaintiff has sustained a serious injury, as defined in subdivision four of section six hundred seventy-one of the Insurance Law, or economic loss greater than basic economic loss, as defined in subdivision one of section six hundred seventy-one of the Insurance Law.

        7.        Length of time confined to (a) bed, (b) house, and if confined to a hospital state the name and address thereof and state the dates of admission and discharge.

        8.        The vocation of plaintiffs and length of time incapacitated from employment.

        9.        Total amounts claimed for special damages for:

                a.        Physicians' names and addresses, amount for services performed and medical supplies.
                b.        Loss of earnings, with name and address of employers.
                c.        Hospital expenses.
                d.        Nurse or maid service or other special services.
                e.        Or any special damages claimed by plaintiff.

f.            Reasonable and necessary expenses incurred by plaintiff in obtaining services in lieu of those she would have performed for income; name and address of person or persons performing such services and period of time in which such services were performed.

10.            Whether plaintiffs plan to use any expert witnesses at trial herein and, if so, their names and the nature of their expertise, and the substance of their expert testimony.

11.            The names and addresses of any witnesses to the alleged incident forming the basis for the action.

The demands for interrogatories herein are continuing demands; if information requested herein becomes subsequently available to plaintiff(s) such information is required to be transmitted to the propounding defendant(s).

Dated:   Brooklyn, New York
         June 21, 2007

Yours, etc.,

Wallace D. Gossett
Attorney for Defendant
NEW YORK CITY TRANSIT AUTHORITY
130 Livingston Street
Brooklyn, New York 11201

_____
By:  BENNETT S. FISCHTHAL, ESQ.

To:  [SEE RIDER ATTACHED].

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
ROSETTA CAMPBELLE,

                                        Plaintiffs,

            -against-

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                                        Defendants.
------------------------------------------------------------------------X

**Documentary Demand**
Docket No. 07 CV 4442
Judge Sand

S I R S:

      **PLEASE TAKE NOTICE,** that pursuant to the **Federal Rules of Civil Procedure**, the defendant, **NEW YORK CITY TRANSIT AUTHORITY** hereby requires that the plaintiff produce the following:

1.     Collateral Source Reimbursement

2.     Demand For Expert Information

3.     Demand For Pharmacy Records

4.     Production of  Executed Statutory Hearing

5.     Demand for Income Tax and Employment Records

6.     Demand for Statements

7.     Demand for Medical and Hospital Records and Authorizations, etc.

8.     Demand for Photographs

9.     Demand for Witnesses

      Please see attached for specifics of each request.

Dated:     Brooklyn, New York
           June 21, 2007

                                            Yours, etc.,

                                            Wallace D. Gossett
                                            Attorney for Defendant
                                            NEW YORK CITY TRANSIT AUTHORITY
                                            130 Livingston Street
                                            Brooklyn, New York 11201


                                            _____
                                            BY: BENNETT S. FISCHTHAL, ESQ.


To:  [SEE RIDER ATTACHED].

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                          Plaintiff(s),          **DEMAND FOR BIRTH**

              -against-                          **CERTIFICATE**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                          Defendant(s).
- - - - - - - - - - - - - - - - - - -X

S I R S:

        PLEASE TAKE NOTICE that the plaintiff(s) is/are hereby
required to produce for discovery, inspection and copying by
counsel for the defendant(s) copies of the birth certificate of
the infant plaintiff(s) in the above-captioned matter.

        It is requested that the aforesaid production be made
within twenty (20) days of the date herein at 10:00 A.M. at the
law offices of the undersigned.

Dated:    Brooklyn, New York
          June 21, 2007

                          WALLACE D. GOSSETT
                          Attorney(s) for defendant(s)
                          NEW YORK CITY TRANSIT AUTHORITY
                          Office and Post Office Address
                          130 Livingston Street
                          Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                    Plaintiff(s),

                                        **DEMAND TO PRODUCE**
         -against-                      **COLLATERAL SOURCE**
                                        **REIMBURSEMENT**
THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                    Defendant(s).
- - - - - - - - - - - - - - - - - -X

S I R S:

        PLEASE TAKE NOTICE that defendant(s), by its(their)
attorney, WALLACE D. GOSSETT, demand(s) that you produce the
following, pursuant to Federal Rules of Civil Procedure, for
its/their discovery and inspection within twenty (20) days:

        1.   Any and all books, records, bills, insurance
             applications, insurance receipts, cancelled
             checks, copies of checks and any and all other
             records pertaining to collateral source
             reimbursement received by plaintiff(s) or on
             behalf of plaintiff's(s') special damages alleged
             in the instant lawsuit.

        2.   Duly executed authorizations permitting the
             defendant(s) to obtain the records of any person,
             institution, facility or governmental agency
             which has provided, or will provide any
             reimbursement for any of the special damages
             alleged herein, whether or not such person,
             organization, facility or governmental agency has
             been listed in response to paragraph "1", above.

        3.   Duly executed authorizations permitting the
             defendant(s) to obtain all social security
             records, Workers' Compensation records, employees
             benefit program records, No-Fault records and any
             disability records pertaining to the plaintiff(s)
             herein.

Dated:    Brooklyn, New York
          June 21, 2007

                              WALLACE D. GOSSETT
                              Attorney(s) for defendant(s)
                              NEW YORK CITY TRANSIT AUTHORITY
                              Office and Post Office Address
                              130 Livingston Street
                              Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                    Plaintiff(s),
                                        **DEMAND FOR EXPERT**
              -against-                   **INFORMATION**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                    Defendant(s).
- - - - - - - - - - - - - - - - - - -X

S I R S:

        PLEASE TAKE NOTICE that the defendant(s) herein
requests that the plaintiff(s) identify each person whom the
plaintiff(s) expects to call as an expert witness at trial and
shall in addition thereto, provide the following information:

    1.  The subject matter on which each expert is
        expected to testify including a specification of
        the specialty of the expert, and the area of
        medicine or other area in which he or she is
        expected to testify;

    2.  The sum and substance of the facts on which the
        expert is expected to testify, including any
        hypothetical facts which the expert has been
        asked to assume;

    3.  A recitation of each of the opinions of the
        expert;

    4.  A summary of the grounds for each expert's
        opinion including a specification of any real
        evidence, opinion evidence or facts on which each
        opinion is based;

    5.  A recitation of the qualifications of each expert
        setting forth the following:

    (a) Whether or not the expert is Board Certified and
        if so, the name of the Certifying Board and the
        year that the expert was certified;

    (b) The State(s) in which the expert is licensed to
        practice medicine, or other area of specialty;

(c)  The State(s) in which the expert regularly practices medicine, or other area of specialty;

(d)  The State in which the expert maintains his regular office for the practice of medicine or other specialty;

(e)  Any text, article, feature, published letter or other work authored, contributed to or edited by the expert identified by publication, volume number, date or other appropriate identifying matter including title, etc.;

(f)  The area of specialization regularly practiced by the expert;

(g)  The undergraduate school and the year of graduation of the expert;

(h)  Any medical schools or other graduate and/or post graduate and/or professional institutions attended by the expert including the years of attendance and graduation;

(i)  The internship, residency, fellowship and/or other specialized training of the expert, including years of attendance, institutions attended and years of graduation, if any;

(j)  Such other qualifications as the expert may possess.

6.  Such other qualifications as the expert may or other non-medical expert state the name and address of each such expert you expect to call as a witness at trial, in addition to the items requested above, also state in reasonable detail:

(a)  The subject matter of which each expert is expected to testify, including but not limited to projected items of expense, lost earnings or other loss, and present value of projected items;

(b)  The sum and substance of the facts and opinions on which the expert is expected to testify as to the matters set forth in response to subparagraph

(c)  A response to this demand for discovery shall be forthcoming within twenty (20) days from the date hereof. A failure to respond to said demand within the time allotted shall result in a motion to dismiss or preclude or such other relief as the Court may grant.

```
Dated:     Brooklyn, New York
           June 21, 2007

                          WALLACE D. GOSSETT
                          Attorney(s) for defendant(s)
                          NEW YORK CITY TRANSIT AUTHORITY
                          Office and Post Office Address
                          130 Livingston Street
                          Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                    Plaintiff(s),

                                        **DEMAND FOR LEGAL**
            -against-                   **REPRESENTATIVES**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                    Defendant(s).
- - - - - - - - - - - - - - - - - - -X

S I R S:

        WALLACE  D.  GOSSETT,  attorney  for  defendant(s)
demand(s) that you serve upon the undersigned at the address set
forth below, a list of those who have appeared in this action,
together with their post office address and residence addresses,
their attorneys and their attorney's addresses, in sufficient
detail to permit service of papers pursuant to Federal Rules of
Civil  Procedure,  together  with  copies  of  all  pleadings  had
herein.


Dated:   Brooklyn, New York
         June 21, 2007

                        WALLACE D. GOSSETT
                        Attorney(s) for defendant(s)
                        NEW YORK CITY TRANSIT AUTHORITY
                        Office and Post Office Address
                        130 Livingston Street
                        Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

               Plaintiff(s),

                         **DEMAND FOR MARRIAGE**
     -against-                **CERTIFICATE**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

               Defendant(s).
- - - - - - - - - - - - - - - - - -X

S I R S:

      PLEASE TAKE NOTICE that defendant(s), by its(their) attorney WALLACE D. GOSSETT, demand(s) that you produce the following, pursuant to Federal Rules of Civil Procedure, for its(their) discovery and inspection within (20) days:

          Copies of and/or authorizations to permit the defendant(s) to obtain copies of any and all marriage certificates, or other writings evidencing the marriage allegedly existing by and between the plaintiff(s) herein.

Dated:    Brooklyn, New York
        June 21, 2007

                    WALLACE D. GOSSETT
                    Attorney(s) for defendant(s)
                    NEW YORK CITY TRANSIT AUTHORITY
                    Office and Post Office Address
                    130 Livingston Street
                    Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                              Plaintiff(s),

                                              **DEMAND FOR PHARMACY**
                -against-                     **RECORDS**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                              Defendant(s).
- - - - - - - - - - - - - - - - - - -X

S I R S:

        Demand is made that you serve upon the attorney for
the defendant(s) all pharmaceutical records and/or
authorizations therefore, relating to the plaintiff's(s')
condition and the injuries claimed in the above-entitled action.

        PLEASE TAKE FURTHER NOTICE, that your failure to
comply with the foregoing within twenty (20) days will serve as
the basis of a motion will be made to the Court for the
appropriate relief with costs.


Dated:    Brooklyn, New York
          June 21, 2007

                         WALLACE D. GOSSETT
                         Attorney(s) for defendant(s)
                         NEW YORK CITY TRANSIT AUTHORITY
                         Office and Post Office Address
                         130 Livingston Street
                         Brooklyn, New York  11201


TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                Plaintiff(s),

                              **NOTICE TO PRODUCE**

    -against-                **STATUTORY HEARING**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                Defendant(s).
- - - - - - - - - - - - - - - - - - -X

S I R S:

       PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, you are hereby required to produce at the offices of the undersigned attorney within twenty (20) days from the date herein,

      1.    The transcript of the statutory hearing conducted of plaintiff(s) by THE CITY OF NEW YORK for photo-copying at the premises of the undersigned or in the alternative to provide defendant(s) with photocopies of the aforementioned item.

      2.    The executed original transcript of the statutory hearing conducted of plaintiff(s) by NEW YORK CITY TRANSIT AUTHORITY.

       PLEASE TAKE FURTHER NOTICE that upon failure to produce the aforesaid item, a motion will be made to the Court for the appropriate relief with costs.

```
Dated:     Brooklyn, New York
           June 21, 2007

                              WALLACE D. GOSSETT
                              Attorney(s) for defendant(s)
                              NEW YORK CITY TRANSIT AUTHORITY
                              Office and Post Office Address
                              130 Livingston Street
                              Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                    Plaintiff(s),

         -against-

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                    Defendant(s).
- - - - - - - - - - - - - - - - - -X

**DEMAND FOR SCHOOL
RECORDS**

         Demand is made that you serve upon the attorney for
the defendant(s) all school records and authorizations
therefore, for all reports of school officials relating to the
plaintiff's(s') academic and attendance record at school in
connection with injuries claimed in the above entitled action.

         PLEASE TAKE FURTHER NOTICE, that your failure to
comply with the foregoing within twenty (20) days, a motion will
be made to the Court for the appropriate relief with costs.


Dated:    Brooklyn, New York
          June 21, 2007

                         WALLACE D. GOSSETT
                         Attorney(s) for defendant(s)
                         NEW YORK CITY TRANSIT AUTHORITY
                         Office and Post Office Address
                         130 Livingston Street
                         Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                  Plaintiff(s),

                            **DEMAND FOR INCOME TAX**

       -against-               **AND EMPLOYMENT RECORDS**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                  Defendant(s).
- - - - - - - - - - - - - - - - - - -X

S I R S:

      PLEASE TAKE NOTICE that defendant(s), by its/their attorney, WALLACE D. GOSSETT, demand(s) that you produce the following pursuant to Federal Rules of Civil Procedure, for its/their discovery and inspection within twenty (20) days:

    1.    The names and address of all institutions, firms, corporations, partnerships, persons or others by whom the plaintiff(s) were employed by or from whom the plaintiff(s) received salary and/or income benefits for the three (3) years prior to plaintiff's(s') incapacitation as claimed herein and for one (1) year subsequent.

    2.    Duly executed authorizations to permit the defendant(s) to obtain the records of the aforesaid with respect to the plaintiff's(s') earnings, position, title, working capacity, record of attendance, record of illness and employment status.

    3.    In the event that either plaintiff or both was self-employed, an independent contractor, employed by relatives, or in the presence of any other special circumstances, it is demanded that the plaintiff(s) provide duly executed authorizations to permit the defendant(s) to obtain copies of any and all federal, state and city income tax returns for the years specified in item "1", and it is further demanded that the plaintiff(s) produce copying and inspection of

all W-2 forms for the years specified in item "1".

Dated:     Brooklyn, New York
           June 21, 2007

                              WALLACE D. GOSSETT
                              Attorney(s) for defendant(s)
                              NEW YORK CITY TRANSIT AUTHORITY
                              Office and Post Office Address
                              130 Livingston Street
                              Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                 Plaintiff(s),

             **DEMAND FOR UNWRITTEN**

     -against-           **STATEMENTS**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                Defendant(s).
- - - - - - - - - - - - - - - - - - -X

S I R S:

      PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure, the defendant(s) named below demand(s) that all opposing parties produce at the office of the undersigned attorneys, the names and residence of each and every individual who spoke, discussed or otherwise communicated with the below-named defendant(s), or with its employees, or agents, about the occurrence of the alleged injuries herein, together with the business and residence addresses of each named individual, together with any notes or memoranda or tape made by such individuals, or by any one on behalf of any opposing party or opposing party's attorneys with respect to each such conversation, discussion or review.

      It is requested that the aforementioned production be made within twenty (20) days of the date herein at 10:00 A.M. at the law offices of the undersigned attorneys. Inspection will be made and copying at the defendant's expense, and the documents will be promptly returned after copying has been completed.

```
Dated:     Brooklyn, New York
           June 21, 2007

                              WALLACE D. GOSSETT
                              Attorney(s) for defendant(s)
                              NEW YORK CITY TRANSIT AUTHORITY
                              Office and Post Office Address
                              130 Livingston Street
                              Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                         Plaintiff(s),

                                              **DEMAND FOR WRITTEN**
              -against-                       **STATEMENTS**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                         Defendant(s).
- - - - - - - - - - - - - - - - - - -X

S I R S:

        PLEASE TAKE NOTICE, that pursuant to Federal Rules of
Civil Procedure, the defendant(s) named below hereby demand(s)
that you produce at the offices of the undersigned, within
twenty (20) days the original of each and every statement and
other writing taken or received by said plaintiff(s) or any
other writing party or their representative attorneys, agents or
representatives, from said defendant(s) or any employees or
agent of said defendant(s) and permitting said defendant(s) or
the undersigned acting on behalf of said defendant to inspect
and copy such statement and writing.

        The aforesaid production may be complied by sending a
true copy of each aforementioned statement and writing to the
undersigned within the time hereinbefore specified.

        PLEASE TAKE FURTHER NOTICE that in the event of your
failure to comply with this Notice, the undersigned will move to
preclude plaintiff(s) or other opposing party from introducing
into evidence and from otherwise using each aforementioned
statement and writing for any purpose whatsoever, upon the trial
of this action.

Dated:     Brooklyn, New York
           June 21, 2007

                              WALLACE D. GOSSETT
                              Attorney(s) for defendant(s)
                              NEW YORK CITY TRANSIT AUTHORITY
                              Office and Post Office Address
                              130 Livingston Street
                              Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                              Plaintiff(s),

                                              **NOTICE TO TAKE**
                     -against-               **DEPOSITION UPON ORAL**
                                              **EXAMINATION**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                              Defendant(s).
- - - - - - - - - - - - - - - - - -X

S I R S:

        PLEASE TAKE NOTICE, that pursuant to Federal Rules of
Civil Procedure and Rules the testimony, upon oral examination
of ALL PARTIES as adverse parties will be taken before a Notary
Public who is not an attorney, or employee of an attorney for
any party or prospective party herein and is not a person who
would be disqualified to act as a juror because of interest or
because of consanguinity or affinity to any party herein at 130
Livingston Street, 11th Floor, Brooklyn, New York, on the
day of              , 20   , at 2:00 o'clock in the afternoon of
that day with respect to evidence material and necessary in the
defense of this action.

        All of the relevant facts and circumstances in
connection with the accident which occurred on June 23, 2006,
including negligence, contributory negligence, liability and
damages.

        That the said person(s) to be examined is/are required
produce at such examination the following:  all the relevant
books and records, pursuant to Federal Rules of Civil Procedure.

```
Dated:     Brooklyn, New York
           June 21, 2007

                              WALLACE D. GOSSETT
                              Attorney(s) for defendant(s)
                              NEW YORK CITY TRANSIT AUTHORITY
                              Office and Post Office Address
                              130 Livingston Street
                              Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                    Plaintiff(s),

                                        **DEMAND FOR MEDICAL AND**
            -against-                   **HOSPITAL RECORDS**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                    Defendant(s).
- - - - - - - - - - - - - - - - - -X

S I R S:

        Demand is made that you serve upon the attorney for
the defendant all medical, physician and hospital records and
reports and authorizations therefore, and all reports, office
records, charts, prescriptions, x-rays, radiological films, CT
Scans, MRIs, diagnosis reports and laboratory reports of
physicians who saw, examined, treated, diagnosed and/or rendered
therapy to plaintiff(s), in connection with injuries claimed in
the above-entitled action.


Dated:     Brooklyn, New York
           June 21, 2007

                        WALLACE D. GOSSETT
                        Attorney(s) for defendant(s)
                        NEW YORK CITY TRANSIT AUTHORITY
                        Office and Post Office Address
                        130 Livingston Street
                        Brooklyn, New York  11201


TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                 Plaintiff(s),

       -against-

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                 Defendant(s).
- - - - - - - - - - - - - - - - - - -X

**DEMAND FOR NAMES AND ADDRESSES OF ALL WITNESSES**

S I R S:

       PLEASE TAKE NOTICE that defendant(s) demand(s) that you set forth in writing, under oath, and serve upon us within ten (10) days of this date:

      a.   The names and addresses, both residence and business, of each person known or claimed by you to be a witness to the occurrence.

      b.   The names and addresses, both residence and business, of each person known or claimed by you to be a witness as to notice of the condition alleged in the complaint in this action.

      c.   The names and addresses, both residence and business, of each person intended by plaintiff(s) to be called to testify at trial.

       PLEASE TAKE FURTHER NOTICE that this demand shall be deemed to continue during the pendency of this action and defendant(s) will object at trial to the testimony of any witness not identified pursuant to this demand.

```
Dated:     Brooklyn, New York
           June 21, 2007

                              WALLACE D. GOSSETT
                              Attorney(s) for defendant(s)
                              NEW YORK CITY TRANSIT AUTHORITY
                              Office and Post Office Address
                              130 Livingston Street
                              Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
ROSETTA CAMPBELLE,

                        Plaintiff(s),

                                        **NOTICE TO PRODUCE**
                -against-               **PHOTOGRAPHS**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                        Defendant(s).
- - - - - - - - - - - - - - - - - - -X

S I R S:

        PLEASE TAKE NOTICE, that pursuant to Federal Rules of
Civil Procedure, you are hereby required to produce at the
offices of the undersigned attorneys within ten (10) days from
the date herein, any photographs, videotapes or other visual
reproductions of the site of the accident at issue and/or of
injuries claimed by the plaintiff(s) herein relating to the
issues in this matter and/or any other photographs, videotapes
or other visual reproductions which any opposing party intends
to introduce at trial.

        PLEASE TAKE FURTHER NOTICE, that upon failure to
produce the aforesaid items, a motion will be made to the Court
for the appropriate relief with costs.


Dated:    Brooklyn, New York
          June 21, 2007

                        WALLACE D. GOSSETT
                        Attorney(s) for defendant(s)
                        NEW YORK CITY TRANSIT AUTHORITY
                        Office and Post Office Address
                        130 Livingston Street
                        Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x

ROSETTA CAMPBELLE,

                Plaintiff(s),

        -against-           **REFUSAL TO ACCEPT
SERVICE BY FACSIMILE
TRANSMISSION**

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                Defendant(s).

--------------------------------------- X

**S I R S:**

       **PLEASE TAKE NOTICE** that defendant(s) NEW YORK CITY TRANSIT AUTHORITY, by attorney, WALLACE D. GOSSETT, hereby advises that inclusion upon this office's letterhead of a number of transmission of documents by electronic process ("FAX") is not to be deemed consent to service of litigation papers by such method, any provision of law or statute to the contrary notwithstanding; and

       **PLEASE TAKE FURTHER NOTICE** that service of litigation papers in this or any other action upon the undersigned by "FAX" will not be accepted and is not authorized; except upon written permission given at least twenty-four (24) hours prior to such service.

```
Dated:     Brooklyn, New York
           June 21, 2007

                              WALLACE D. GOSSETT
                              Attorney(s) for defendant(s)
                              NEW YORK CITY TRANSIT AUTHORITY
                              Office and Post Office Address
                              130 Livingston Street
                              Brooklyn, New York  11201

TO:  [SEE RIDER ATTACHED]
```

**VERIFICATION AFFIRMATION**

The undersigned, an attorney associated with **WALLACE D. GOSSETT**, attorney for defendant(s), **NEW YORK CITY TRANSIT AUTHORITY** herein, states that he has read the foregoing **VERIFIED ANSWER WITH DEMANDS** and the same is true to his knowledge except as to matters therein stated to be alleged on information and belief, and as to those matters he believe(s) them to be true. Deponent further states that the sources of his information and the grounds of his belief are the books, records and papers of the said defendant(s) relating to the matter in issue and/or statements made by the officers, agents and employees of the defendant(s) and that the reason why this verification is not made by the defendant(s) is that the defendant(s) are a public benefit corporation(s).

The undersigned affirms that the foregoing statements are true, under penalties of perjury.

Dated: Brooklyn, New York
       June 21, 2007

_____
BENNETT S. FISCHTHAL

**ATTORNEY AFFIRMATION**

BENNETT  S.  FISCHTHAL,  hereby  affirms  the  following under penalties of perjury:

That  he  is  an  attorney  and  counselor-at-law  admitted to practice in the Courts of this State.

That  on  _____  day  of  _____,  affirmant served the VERIFIED ANSWER WITH DEMANDS, hereto annexed on [SEE RIDER  ATTACHED],  by  depositing  a  true  copy  thereof  properly enclosed  in  a  securely  closed  and  duly  post-paid  wrapper  in  a post  office  box  regularly  maintained  by  the  government  of  the United  States  under  the  care  of  the  Post  Office  at  130 Livingston  Street,  Brooklyn,  New  York  11201,  directed  to  said attorney(s)  at,  [SEE  RIDER  ATTACHED],  that  being  the  address within  the  State  designated  by  said  attorney(s)  for  the  purpose of service upon the preceding papers in this action.

Dated:  Brooklyn, New York
        _____,  _____

                                    _____
                                    BENNETT  S.  FISCHTHAL

R I D E R

TO: JOSEPH FLEMING
    Attorney for Plaintiff
    45 John Street
    New York, New York 10038

    THE CITY OF NEW YORK
    MICHAEL A. CARDOZO, ESQ.
    100 Church Street
    New York, New York 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROSETTA CAMPBELLE,

                              Plaintiff(s),

          -against-

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK

                              Defendant(s).
----------------------------------------------------------------X

**VERIFIED ANSWER WITH DEMANDS**

----------------------------------------------------------------X

                    WALLACE D. GOSSETT
                 Attorney(s) for defendant(s)
          NEW YORK CITY TRANSIT AUTHORITY, AUTHORITY
               Office and Post Office Address
                    130 Livingston Street
                 Brooklyn, New York   11201
                      (718) 694-3850




ATTORNEY CERTIFICATION


_____
BENNETT S. FISCHTHAL