UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ROSETTA CAMPBELLE,

                            Plaintiff,        **STIPULATION**

  - against -

                                                                    07 CV 4442 (LBS)

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK,

                            Defendants.

------------------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their attorneys of record, that:

       Plaintiff ROSETTA CAMPBELLE's complaint, and any and all of co-defendant THE NEW YORK CITY TRANSIT AUTHORITY's cross-claims are hereby withdrawn with prejudice as against the City of New York in the above-referenced matter.

_____
JOSEPH FLEMING, ESQ., P.C.
Attorney for Plaintiff
45 John Street, Suite 205
New York, NY 10038

_____
WALLACE D. GOSSETT, ESQ.
Attorney for Co-Defendant NEW YORK CITY
TRANSIT AUTHORITY
130 Livingston Street
Brooklyn, NY 11201

_____
MICHAEL A. CARDOZO
By: Frank V. Raimond
Attorneys for Defendants
THE CITY OF NEW YORK
100 Church Street
New York, NY 10007

So ordered
9/19/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-19-07

- 1 -