UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSETTA CAMPBELLE

                Plaintiff

-against-

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK

                Defendants.

STIPULATION AND ORDER
INDEX NO. 07CV/4442

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the parties hereto, that the time for Plaintiff, Rosetta Campbelle to respond to or propound discovery in this action shall be extended through and including March 3, 2008, and the time for the parties to complete discovery including Depositions shall be extended to and including March 3, 2008. Facsimile signatures shall be acceptable for purposes of this Stipulation only.

Dated: New York, New York
       February 6, 2008

Joseph Fleming, Esq., P.C.
Attorneys for the Plaintiff

By: _____
Charles Leonard Mitchell, Esq. [CM 5981]
116 John Street, Suite 2830
New York, NY 10038
212-385-8036

Wallace D. Gossett, Esq.
Attorneys for the Defendant

By: _____
Bennett S. Fischthal, Esq.[BF   ]
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201

So Ordered:

_____
Hon. Leonard B. Sand

C:\LEGAL\DOCS2008\CAMPBELLEROSETTA\STIPANDORDER\2508\MF