*Joseph Fleming, Esq., P.C.*
*Attorney and Counselor at Law*
*116 John Street, Suite 2830*
*New York, New York 10038*
*flemingesq@aol.com*

*Telephone*
*(212) 385-8036*

*Facsimile*
*(212) 406-2045*

**FACSIMILE AND ECF FILING**

February 12, 2008

Hon. Leonard Sand
USDC SDNY
500 Pearl Street
New York, NY 10007

**Re: Rosetta Campbelle vs The New York City Transit Authority and The City of New York**
**Civil Action No. 07CV 4442**

Dear Judge Sand:

This letter is to request an adjournment of the Conference scheduled for tomorrow February 13, 2008 at 10:00 a.m. on the joint request of counsel for all parties to engage in continued settlement discussions and to complete disclosure.

Counsel for the parties have also agreed to extend the time for Plaintiff to respond to or to propound discovery and for the parties to complete discovery including depositions through March 3, 2008. Attached is a Stipulation for the Court's approval.

Counsel apologizes for the late submission of this request. The delay in submitting this request is because both counsel were out of the office since they agreed to this Stipulation.

Sincerely,

Charles L. Mitchell

CLM:mf

cc: Bennett Fischthal, Esq.