```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSETTA CAMPBELLE

                  Plaintiff

    -against-

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK

              Defendants.

STIPULATION AND
ORDER
INDEX NO. 07CV/4442

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the parties hereto, that the time for Plaintiff, Rosetta Campbelle to respond to or propound discovery in this action shall be extended through and including March 3, 2008, and the time for the parties to complete discovery including Depositions shall be extended to and including March 3, 2008. Facsimile signatures shall be acceptable for purposes of this Stipulation only.

Dated: New York, New York
       February 6, 2008

Joseph Fleming, Esq., P.C.
Attorneys for the Plaintiff

By: _____
   Charles Leonard Mitchell, Esq. [CM 5981]
   116 John Street, Suite 2830
   New York, NY 10038
   212-385-8036

Wallace D. Gossett, Esq.
Attorneys for the Defendant

By: _____
   Bennett S. Fischthal, Esq. [BF    ]
   New York City Transit Authority
   130 Livingston Street
   Brooklyn, NY 11201

So Ordered:

_____
Hon. Leonard B. Sand    2/1?/08

C:\LEGAL\DOCS2008\CAMPBELLE\ROSETTA\STIPANDORDGR\2508.MF