AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

ROSETTA CAMPBELLE

v.

THE NEW YORK CITY TRANSIT

Case Number:  07CV4442

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The New York City Transit Authority as Trial Counsel to Wallace D. Gossett, Esq.

I certify that I am admitted to practice in this court.

| May 12, 2008 | | Trina L. Moore | TM0974 |
|---|---|---|---|
| Date | Signature | Print Name | Bar Number |

44 Wall Street 18th Floor
Address

New York, New York  10005
City          State          Zip Code

(212) 809-7074          (212) 809-7713
Phone Number          Fax Number