NYT 8072
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSETTA CAMPBELLE,

                Plaintiff,

-against-

THE NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.
------------------------------------------------------------X

Index No.: 07 CV4442

## DEFENDANT THE NEW YORK CITY TRANSIT AUTHORITY'S PROPOSED VOIR DIRE

Trina Moore
Armienti, DeBellis, Guglielmo & Rhoden
Trial Counsel for
Wallace Gossett
44 Wall Street, 18th Floor
New York, New York 10005
(212) 809-7074
*Attorneys for New York City Transit Authority*

Joseph Fleming
Joseph Fleming, Esq., P.C.
116 John Street, Suite 2830
New York, New York 10038
(212) 385-8036

The Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

NYT 8072
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSETTA CAMPBELLE,

                Plaintiff,

    -against-

THE NEW YORK CITY TRANSIT AUTHORITY,

                Defendant.
------------------------------------------------------------X

Index No.: 07 CV 4442

## DEFENDANT THE NEW YORK CITY TRANSIT AUTHORITY'S PROPOSED VOIR DIRE

The Defendant The New York City Transit Authority by its attorneys, ARMIENTI, DeBELLIS, GUGLIELMO & RHODEN, LLP, submit the following proposed special voir dire questions and requests that the Court include the following questions in its examination of prospective jurors pursuant to Rule 49(a) of the Federal Rules of Civil Procedure:

### Prior Jury Duty and Litigation Experience

1) Have you ever previously served on a jury?
2) If so, was it a civil or criminal trial?
3) Did you reach a verdict?
4) Have you ever served on a jury where the New York City Transit Authority was a defendant?
5) If so, did you reach a verdict?
6) Have you or anyone you know ever brought a lawsuit against the New York City Transit Authority?
7) If so, is there anything about that experience that would affect your ability to be fair in this case?

### Personal Affiliations

1) Are you or anyone you know employed by the New York City Transit Authority?
2) If so, will that affect your ability to be fair in this case?

**Prior Experiences with the New York City Transit Authority**

1) Do you ride on the mass transit system?
2) If so, what form of the mass transit system do you use?
3) Do you have any resentment or negative feelings toward the New York City Transit Authority?
4) Have you or anyone you know ever been injured on a New York City Transit Authority train or bus?
5) If so, was a lawsuit commenced?
6) Do you believe that anyone who brings a lawsuit against the New York City Transit Authority should receive some compensation?

Dated: New York, New York
June 9, 2008

By: _____
TRINA MOORE, ESQ
**ARMIENTI, DEBELLIS, GUGLIELMO & RHODEN, LLP.**
Attorneys for New York City Transit Authority Trial Counsel for Wallace Gossett
44 Wall Street, 18th Floor
New York, New York 10005
(212) 809-7074

cc: Joseph Fleming, Esq., P.C.
Attorney for Plaintiff
45 John Street, Suite 205
New York, New York 10038