UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSETTA CAMPBELLE,

                                          Plaintiff,

                      -against-

THE NEW YORK CITY TRANSIT AUTHORITY,

                                          Defendant.
------------------------------------------------------------------X

Index No.: 07 CV4442

**PROPOSED REQUEST TO CHARGE**

       Defendant, NEW YORK CITY TRANSIT AUTHORITY, by its attorneys, **ARMIENTI, DeBELLIS, GUGLIELMO & RHODEN, LLP**, hereby request to charge the jury consistent with the following pattern jury instructions stated in the *New York Pattern Jury Instructions - Civil*, 3rd Edition:

| | | | |
|---|---|---|---|
| 1. | P.J.I. | 1:22 | Falsus in Uno. |
| 2. | P.J.I. | 1:25 | Consider Only Testimony and Exhibits. |
| 3. | P.J.I. | 1:26 | Five-Sixths Verdict. |
| 4. | P.J.I. | 1:27 | Exclude Sympathy. |
| 5. | P.J.I. | 1:36 | Impartiality. |
| 6. | P.J.I. | 1:37 | Jury function. |
| 7. | P.J.I. | 1:38 | Court function. |
| 8. | P.J.I. | 1:39 | No inference from rulings. |
| 9. | P.J.I. | 1:60 | General Instruction - Burden of Proof - When Burden Differs on Different Issues |
| 10. | P.J.I | 1:66 | General Instruction- Evidence Admitted for Limited Purpose- Credibility of Non – Party Witness |
| 11. | P.J.I. | 1:70 | General Instruction- Circumstantial Evidence |
| 12. | P.J.I. | 1:90.3 | General Instruction- Demonstrative Exhibits |
| 13. | P.J.I. | 1:91 | General Instruction - Interested Witness - Generally |
| 14. | P.J.I. | 1:94 | General Instruction - Use of Pre-Trial Deposition Upon Trial. |
| 15. | P.J.I. | 1:97 | General Instruction- Special Verdicts |

|     |        |      |                                                                                                                                           |
| --- | ------ | ---- | ----------------------------------------------------------------------------------------------------------------------------------------- |
| 16. | P.J.I. | 2:10 | Common Law Standard of Care - Negligence Defined - Generally.                                                                             |
| 17. | P.J.I. | 2:12 | Common Law Standard of Care - Foreseeability - Generally. See Rivera v. New York City Transit - 77 N.Y.2d 567 N.Y.S.2d 629 (1991)         |
| 18. | P.J.I. | 2:36 | Comparative Negligence.                                                                                                                   |
| 19. | P.J.I. | 2:70 | Proximate Cause - In General.                                                                                                             |

The defendant, NEW YORK CITY TRANSIT AUTHORITY, object to any request to charge by the plaintiff pursuant to P.J.I. 1:77 (failure to produce documents) as to the defendant on the ground that plaintiff has failed to set forth, before the jury, any documents that have not been produced by defendant.

Dated: New York, New York
       June 9, 2008

YOURS, etc.

_____
Trina L. Moore (TM-0974)
ARMIENTI, DeBELLIS,
GUGLIELMO & RHODEN, LLP
Trial Counsel for
WALLACE D. GOSSETT, ESQ.
Attorneys for Defendant
NEW YORK CITY TRANSIT AUTHORITY
44 Wall Street, 18th Floor
New York, New York 10005
(212) 809-7074

cc:
Joseph Fleming (JF-9542)
Joseph Fleming, Esq., P.C.
116 John Street, Suite 2830
New York, New York 10038
(212) 385-8036

The Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007