SAND, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSETTA CAMPBELL

                Plaintiff,                  07 CIVIL 4442(LBS)

      -against-                           **JUDGMENT**

THE NYC TRANSIT AUTHORITY,
                Defendant.
-----------------------------------------------------------X

        The issues in the above-entitled action having been brought on for trial before the Honorable Leonard B Sand, United States District Judge, and a jury on June 16, 2008, and at the conclusion of the trial the jury having returned a verdict in favor of the defendant, it is,

        **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED: New York, New York
              June 19, 2008

SO ORDERED

_____
        USDJ

                                                    **J. MICHAEL McMAHON**
                                                       Clerk of Court
                                   BY:
                                                       **Deputy Clerk**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-08

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____