

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSETTA CAMPBELLE

            Plaintiff

      -against-

THE NEW YORK CITY TRANSIT AUTHORITY
and THE CITY OF NEW YORK

            Defendants

**NOTICE OF APPEAL**
07 CV 4442 (LBS)

---

    **NOTICE IS HEREBY GIVEN**, that Plaintiff, **Rosetta Campbelle**, hereby appeals to the

United States Court of Appeals for the Second Circuit from the Judgment following a Jury Verdict,

dismissing Plaintiff's Complaint dated June 17, 2008 and entered in this action on June 19, 2008.

Dated:  New York, New York
        July 17, 2008

                    Respectfully submitted,

                    **JOSEPH FLEMING, ESQ.**
                    Joseph Fleming, Esq., P.C.
                    Attorney for Plaintiff
                    116 John Street, Suite 2830
                    New York, New York 10038
                    (212) 385-8036
                    JF:9542

To:    Bennett S. Fischthal, Esq.
        Attorney for Defendant New York City Transit Authority
        Attorneys for the Defendant
        130 Livingston Street
        Brooklyn, NY 11201

        Frank Victor Raimond, Esq.
        Attorney for Defendant New York City Department of Law
        100 Church Street
        New York, NY 10007

        Trina L. Moore, Esq.
        Defendants' Trial Counsel
        Armienti, DeBellis, Gugliemo & Rhoden, LLP
        44 Wall Street
        New York, NY 10005-2401

Exhibit A

SAND, J

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROSETTA CAMPBELLE

                 Plaintiff,

-against-

THE NYC TRANSIT AUTHORITY,
                 Defendant.

------------------------------------------------------------X

07 CIVIL 4442(LBS)

### JUDGMENT

    The issues in the above-entitled action having been brought on for trial before the Honorable

Leonard B Sand, United States District Judge, and a jury on June 16, 2008, and at the conclusion of

the trial the jury having returned a verdict in favor of the defendant, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is

hereby dismissed.

**DATED:** New York, New York
      June 19 , 2008

**SO ORDERED**

-----------------------------------
         **USDJ**

J. MICHAEL McMAHON

-----------------------------------
       **Clerk of Court**

**BY:**
-----------------------------------
       **Deputy Clerk**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-19-08

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON

STATE OF                    COUNTY OF

I, the undersigned, an attorney admitted to practice law,

<table>
<tr><td rowspan="2">Check Applicable Box</td><td>Certification By Attorney</td><td>certify that the within<br>has been compared by me with the original and found to be a true and complete copy.</td></tr>
<tr><td>Attorney's Affirmation</td><td>state that I am</td></tr>
</table>

the attorney(s) of record for

in the within action: I have read the foregoing
and know the contents thereof: the same is
true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as
to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.

Dated:

.......................................................................
The name signed must be printed beneath

STATE OF                    COUNTY OF                    ss.:

I,

being duly sworn, depose and say: I am

in the within action: I have read

<table>
<tr><td rowspan="2">Check Applicable Box</td><td>Individual Verification</td><td>the<br>the foregoing</td></tr>
<tr><td>Corporate Verification</td><td>the                    of<br>a</td></tr>
</table>

the foregoing                              and know the contents thereof: the same is true to
my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those
matters I believe it to be true.

corporation and a party in the within action: I have read the foregoing
and know the contents thereof: and the same is true to my own knowledge.
except as to the matters therein stated to be alleged upon information and belief. and as to those matters I believe
it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

.......................................................................
The name signed must be printed beneath

STATE OF NEW YORK                    COUNTY OF NEW YORK                    ss.: (If both boxes are checked—indicate after names, type of service used.)

I, BRITTNY BARNES                              being sworn, say: I am not a party to the action, am over 18 years
of age and reside at 116 John Street, Suite 2830, New York, NY 10038
On July 17, 2008                    I served the within Notice of Appeal

<table>
<tr><td rowspan="2">Check Applicable Box</td><td>Service By Mail [X]</td><td>by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care<br>and custody of the U.S. Postal Service within this State, addressed to each of the following persons at the last<br>known address set forth after each name:</td></tr>
<tr><td>Personal Service on Individual</td><td>by delivering a true copy thereof personally to each person named below at the address indicated. I knew each person<br>served to be the person mentioned and described in said papers as a party therein:</td></tr>
</table>

To: Bennett S. Fischthal, Esq., Attorney for Defendant, NYC Transit Authority
    130 Livingston Street, Brooklyn, NY 11201

    Frank Victor Raimond, Esq., Attorney for Defendant, The City of New York,
    New York City Law Department, 100 Church Street, New York, NY 10007

    Trina L. Moore, Esq., Defendants' Trial Counsel, Armienti, DeBellis,
    Gugliemo & Rhoden, LLP
    44 Wall Street, New York, NY 10005

.......................................................................
The name signed must be printed beneath

Sworn to before me on July 17, 2008

BRITTNY BARNES

DRUCILLA MACK
Commissioner of Deeds, New York City
No 3-5203
Term Expires July 1, 19__

DOCKET NO. 07 CV 4442

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSETTA CAMPBELLE

               Plaintiff

    -against-

THE NEW YORK CITY TRANSIT AUTHORITY and
THE CITY OF NEW YORK

               Defendants

NOTICE OF APPEAL

**JOSEPH FLEMING, ESQ., P.C.**
**Attorney(s) for** Plaintiff
**116 John Street, Suite 2830**
**New York, NY 10038**
**(212) 385-8036**

To:                                                 Service of a copy of the within
                                                    is hereby admitted

                                                    Dated: _____, _____

Attorney (s) for                                    _____

---

**PLEASE TAKE NOTICE**
  o **NOTICE OF ENTRY**
that the within is a (verified) true copy of a
duly entered in the office of the clerk of the within named court on _____

  o **NOTICE OF SETTLEMENT**
after an order                                    of which the within is a true copy
will be presented for a settlement to the HON.

---

To                                    Service of a copy of the within is hereby admitted.

                                      Dated:.................................................  ..........

Attorney(s) for                       ................................................................